Certificate Number: 17572-TXN-DE-038367590

Bankruptcy Case Number: 24-41245


17572-TXN-DE-038367590

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 10, 2024</u>, at <u>4:09</u> o'clock <u>PM PDT</u>, <u>Randy Jones</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>April 10, 2024</u>            By:   <u>/s/Benjamin E Wunsch</u>

                                                              Name:   <u>Benjamin E Wunsch</u>

                                                              Title:   <u>Counselor</u>